IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO. 8:03CR145 |
| vs. | ) | |
| LAVELLE M. GILES, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the Motion for Continuance of revocation hearing filed by the Defendant, Lavelle M. Giles (Filing No. 53).

For good cause shown, the Motion shall be granted.

IT IS ORDERED:

1. The Motion for Continuance of revocation hearing filed by the Defendant, Lavelle M. Giles (Filing No. 53) is granted;

2. The revocation hearing is continued until **10:30 a.m. on October 30, 2006** before the Hon. Laurie Smith Camp, United States District Judge, in Courtroom #2, United States Courthouse, Omaha, Nebraska.

Dated this 4th day of August 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge