IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR145** |
| | ) | **CASE NO. 8:06CR116** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **LAVELLE M. GILES,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion to consolidate (8:03CR145, Filing No. 55; 8:06CR116, Filing No. 141).

IT IS ORDERED:

1. The Defendant's unopposed motion to consolidate (8:03CR145, Filing No. 55; 8:06CR116, Filing No. 141) is granted; and

2. The above-captioned cases are consolidated, and the Magistrate Judge assigned to the 8:06CR116 case shall also accept assignment of the 8:03CR145 case.

DATED this 31st day of August, 2006.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge