IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR145** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **LAVELLE M. GILES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's oral motion to dismiss the Petition (Filing No. 41) and Amended Petition (Filing No. 49) for Offender Under Supervision pursuant to the plea agreement in 8:06CR116.

IT IS ORDERED that the Petition (Filing No. 41) and Amended Petition (Filing No. 49) for Offender Under Supervision are dismissed pursuant to the plea agreement in 8:06CR116.

DATED this 13th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge